

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00435-CV

IN THE INTEREST OF T.A., A CHILD
§    On Appeal from the 367th District Court

§    of Denton County (2012-50502-367)

§    May 16, 2019

§    Opinion by Justice Pittman

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the trial court's Final Order is reversed with regard to the Dental Insurance Reimbursement. We remand this case to the trial court to conduct further proceedings and render a final order consistent with the evidence or the parties' agreement.

It is further ordered that each party shall pay bear their own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mark T. Pittman_____
        Justice Mark T. Pittman